# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Jada S Moore

Debtor(s)

Case No. 14-00997

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/14/2014.

2) The plan was confirmed on 03/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/11/2019.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,795.00.

10) Amount of unsecured claims discharged without payment: $52,457.57.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $30,246.71 |
| Less amount refunded to debtor | $128.01 |

**NET RECEIPTS:** $30,118.70

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,430.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,730.63

Attorney fees paid and disclosed by debtor:     $700.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCESS CREDIT UNION | Secured | 9,237.00 | 9,237.00 | 9,237.00 | 9,237.00 | 519.94 |
| ACCESS CREDIT UNION | Unsecured | NA | 3,469.82 | 3,469.82 | 346.98 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 100.00 | 488.00 | 488.00 | 48.80 | 0.00 |
| DIRECTV | Unsecured | 551.85 | 551.85 | 551.85 | 55.19 | 0.00 |
| HEALTHCARE FUNDING SOLUTIONS | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 117.00 | 117.94 | 117.94 | 11.79 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | NA | 5,593.00 | 5,593.00 | 559.30 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 71.00 | 399.46 | 399.46 | 399.46 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 69.90 | 69.90 | 6.99 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 3,319.70 | 4,079.60 | 4,079.60 | 407.96 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,793.09 | 2,793.09 | 2,793.09 | 2,793.09 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 2,928.00 | 2,928.00 | 2,928.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,842.76 | 1,842.76 | 184.28 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 240.66 | 240.66 | 24.07 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 365.00 | 364.73 | 364.73 | 36.47 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 564.00 | 564.10 | 564.10 | 56.41 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 576.00 | 576.03 | 576.03 | 57.60 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 531.93 | 531.93 | 53.19 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 465.00 | 465.47 | 465.47 | 46.55 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 478.00 | 477.93 | 477.93 | 47.79 | 0.00 |
| NICOR GAS | Unsecured | 528.86 | 546.30 | 546.30 | 54.63 | 0.00 |
| NORTHWEST COMMUNITY HOSP | Unsecured | 694.00 | 694.41 | 694.41 | 69.44 | 0.00 |
| PROGRESSIVE FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 160.91 | 243.80 | 243.80 | 24.38 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 202.30 | 248.88 | 248.88 | 24.89 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 544.85 | 451.67 | 451.67 | 45.17 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP | Unsecured | 255.00 | 175.43 | 175.43 | 17.54 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 0.00 | 141.94 | 141.94 | 14.19 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 0.00 | 1,156.00 | 1,156.00 | 115.60 | 0.00 |
| RENT A CENTER INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 335.00 | 335.00 | 335.00 | 33.50 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| MBW PROPERTIES | Unsecured | 1,314.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL EMERGENCY PHYSICIAN | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| DIVERSE FUNDING ASSOC LLC | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| EMP OF COOK COUNTY | Unsecured | 471.80 | NA | NA | 0.00 | 0.00 |
| EMP OF COOK COUNTY | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| ESTEBAN LINAREZ SLEEP | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RADIO | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| RAJAN SHARMA DDS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL AND HEALTH | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL AND HEALTH | Unsecured | 1,693.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ILLINOIS | Unsecured | 5,593.00 | NA | NA | 0.00 | 0.00 |
| WATERMARK PHYSICIAN SERVICES | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| WATERMARK PHYSICIAN SERVICES | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 727.84 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN PATHOLOGY | Unsecured | 69.20 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA ILLINOIS LLP | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 283.52 | NA | NA | 0.00 | 0.00 |
| CITY OF BERWYN POLICE DEPARTM | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 429.40 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 213.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 214.50 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 720.80 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 355.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 228.90 | NA | NA | 0.00 | 0.00 |
| WESTWOOD APEX | Unsecured | 12,614.89 | NA | NA | 0.00 | 0.00 |
| METHODIST HEALTHCARE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 8,373.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 5,764.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 8,066.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 2,771.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 3,649.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 3,382.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 9,234.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 2,473.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 5,140.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 2,524.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FEDERAL LOAN SERVIC | Unsecured | 11,143.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION WYOTECH | Unsecured | 2,767.00 | NA | NA | 0.00 | 0.00 |
| FOREST SOUTH ANIMAL HOSPITAL | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 682.78 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FRANCISCAN ALLIANCE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LABORATORY MEDICINE A | Unsecured | 5.30 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 5,764.00 | 71,678.74 | 71,678.74 | 7,167.87 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,237.00 | $9,237.00 | $519.94 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,237.00** | **$9,237.00** | **$519.94** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,120.55 | $6,120.55 | $0.00 |
| **TOTAL PRIORITY:** | **$6,120.55** | **$6,120.55** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$95,105.89** | **$9,510.58** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,730.63 |
| Disbursements to Creditors | $25,388.07 |
| **TOTAL DISBURSEMENTS:** | **$30,118.70** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/20/2019            By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**